IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr77

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| HARRY J. STEPTOE ) | |

**THIS MATTER** is before the Court upon letter of the defendant pro se seeking a reduction of his monthly restitution payment while on supervised release. (Doc. No. 22).

The defendant was given the opportunity to submit a detailed financial affidavit that would enable to the Court to determine whether modification is necessary. As of this date, the defendant has not provided that information.

**IT IS, THEREFORE, ORDERED**, that the defendant's request is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the United States Probation office.

Signed: October 9, 2009

Robert J. Conrad, Jr.
Chief United States District Judge